**In re Andrew LICHTENBERG, Esq.**

[743 A.2d 1109]

No. 99-533

January 5, 2000. The Professional Responsibility Board's recommendation that petitioner be reinstated as a member of the Vermont Bar, upon conditions, is accepted. The suspension is lifted as of the date of this order.